# Atascocita Boarding & Grooming
## Statement of Assets, Liabilities & Equity - Income Tax Basis
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Compass Bank - 2521 | 3,346.72 |
|       Petty Cash | 4,685.97 |
|     Total Checking/Savings | 8,032.69 |
|     Other Current Assets | |
|       Inventory | 3,500.00 |
|       A/R - Employees | 1,695.00 |
|       A/R - Other | 1,924.94 |
|     Total Other Current Assets | 7,119.94 |
|   Total Current Assets | 15,152.63 |
|   Fixed Assets | |
|     Furniture & Fixtures | 3,847.25 |
|     Machinery & Equipment | 86,261.07 |
|     Building | 325,950.00 |
|     Leasehold Improvements | 11,327.27 |
|     Land | 100,000.00 |
|     Accumulated Depreciation | (168,075.00) |
|   Total Fixed Assets | 359,310.59 |
|   Other Assets | |
|     Intangible Assets | 48,854.38 |
|     Accumulated Amortization | (27,496.00) |
|   Total Other Assets | 21,358.38 |
| **TOTAL ASSETS** | 395,821.60 |

See Attached Compilation Letter

Case 10-39019   Document 3   Filed in TXSB on 10/05/10   Page 2 of 2

# Atascocita Boarding & Grooming
## Statement of Assets, Liabilities & Equity - Income Tax Basis
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Credit Cards | |
|   ExxonMobil 5726 | 18.71 |
|   Wells Fargo 4034 | 2,289.25 |
| Total Credit Cards | 2,307.96 |
| Other Current Liabilities | |
|   A/P - Shareholder | 35,500.00 |
|   Payroll Taxes 2009 | |
|     Fed,SS & Med | 47,220.97 |
|     SUTA | 2,665.46 |
|     FUTA | 437.57 |
|   Total Payroll Taxes 2009 | 50,324.00 |
|   Payroll Taxes 2008 | 173,669.00 |
|   Current Portion LTD | 8,950.00 |
|   N/P - Advanta 6487 | 1,972.86 |
|   N/P - Compass 5037 | 4,044.05 |
|   N/P - First Equity 0718 | 7,446.12 |
|   N/P - HSBC (GM) 1073 | 21.57 |
|   N/P - NCO Financial 0351 | 12,678.73 |
| Total Other Current Liabilities | 294,606.33 |
| **Total Current Liabilities** | 296,914.29 |
| Long Term Liabilities | |
|   N/P - Texas Community 7715 | 404,301.71 |
|   Less Curr Port LTD. | (8,950.00) |
| Total Long Term Liabilities | 395,351.71 |
| **Total Liabilities** | 692,266.00 |
| Equity | |
|   Members Draw | (20,092.02) |
|   Members Equity | (220,617.43) |
|   Net Income | (55,734.95) |
| Total Equity | (296,444.40) |
| **TOTAL LIABILITIES & EQUITY** | 395,821.60 |

See Attached Compilation Letter